# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| ANNIE L. E., | Case No. 20-CV-1491 (NEB/TNL) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| KILOLO KIJAKAZI, *Acting Commissioner of Social Security*, | |
| Defendant. | |

---

The Court has received the July 30, 2021 Report and Recommendation of United States Magistrate Judge Tony N. Leung. (ECF No. 20.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. See Fed. R. Civ. P. 72(b); *Grinder v.* Gammon, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon on all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion for summary judgment (ECF No. 16) is DENIED; and

2. The Acting Commissioner's motion for summary judgment (ECF No. 18) is GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 24, 2021                              BY THE COURT:

                                                       s/Nancy E. Brasel
                                                       Nancy E. Brasel
                                                       United States District Judge